458 A.2d 260

Commonwealth v. Phillips, Appellant.

Submitted June 4, 1982.   Austin J. McGreal, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Order denying PCHA relief affirmed.

461 A.2d 864

Commonwealth v. Scherer, Appellant.

Submitted December 13, 1982.   Joseph C. Michetti, for appellant;  Frank S. Morrison, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order affirmed.